IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 6:17-cv-00125-RWS-JDL |
| NETGEAR, INC., | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT NETGEAR, INC.**

Pursuant to Local Rule 11(c), Attorney Robert L. Greeson and Norton Rose Fulbright US LLP respectfully request that they be permitted to withdraw from representing Defendant NETGEAR, Inc. ("NETGEAR") in this action. NETGEAR will continue to be represented in this action at least by Thomas M. Dunham, James Michael Woods, and the law firm of Winston & Strawn LLP, which have appeared before this Court on behalf of NETGEAR (Dkt. Nos. 21, 22). Additionally, counsel for Plaintiff, Realtime Data LLC does not oppose this motion. Therefore, no parties will be prejudiced by granting the requested withdrawal, nor will this change of counsel cause any delay.

Therefore, Robert L. Greeson and the law firm of Norton Rose Fulbright US LLP respectfully request that this Unopposed Motion to Withdraw as Counsel for NETGEAR be granted.

Dated: May 12, 2017

Respectfully submitted,

/s/ Robert L. Greeson
Robert L. Greeson
State Bar No. 24045979
robert.greeson@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:    (214) 855-7430
Facsimile:    (214) 855-8200

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, after conference with counsel of record for Plaintiff and Defendant by e-mail on May 9, 2017, they do not oppose this motion.

/s/ Robert L. Greeson
Robert L. Greeson

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2017, I electronically filed the foregoing Unopposed Motion to Withdraw as Counsel for Defendant NETGEAR, Inc. with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ Robert L. Greeson
Robert L. Greeson