RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
*REALTIME DATA LLC*

DAVID P. ENZMINGER (CA SBN 137065)
(denzminger@winston.com)
WINSTON & STRAWN, LLP
275 Middlefield Road
Suite 205
Menlo Park, CA 94025
Phone: (650) 858-6500
Fax: (650) 858-6550

THOMAS M. DUNHAM (*pro hac vice*)
(tdunham@winstin.com)
J. MICHAEL WOODS (*pro hac vice*)
(mwoods@winston.com)
WINSTON & STRAWN, LLP
1700 K Street  NW
Washington, DC 20006
Phone: (202) 282-5000
Fax: (202) 282-5100

Attorneys for Defendant
*NETGEAR, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NETGEAR, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:17-cv-06397-EMC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL** |

The parties stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal without prejudice of all claims, defenses, and counterclaims between the parties in this case with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: April 18, 2018 | RUSS AUGUST & KABAT |

By: */s/ Paul A Kroeger*
MARC A. FENSTER
PAUL A. KROEGER
REZA MIRZAIE
BRIAN D. LEDAHL
C. JAY CHUNG
PHILIP X. WANG

Attorneys for Plaintiff
REALTIME DATA LLC d/b/a IXO

| | |
|---|---|
| Dated: April 18, 2018 | WINSTON & STRAWN LLP |

By: */s/ J. Michael Woods*
DAVID P. ENZMINGER
THOMAS M. DUNHAM
J. MICHAEL WOODS

Attorneys for Defendant
NETGEAR, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, J. Michael Woods, attest that concurrence in the filing of this document has been obtained.

Dated: April 18, 2018                                         *J. Michael Woods*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*J. Michael Woods*